DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY ROGERS,**
Appellant,

v.

**RANDY GOLDBERG, MICHAEL DICONDINA, PETER COLAGIOVANNI, OLIVER HASTINGS, OMEGA FINISHING, LLC, AND IHC VENTURES, LLC,**
Appellees.

No. 4D2025-2669

[March 26, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE19-001598.

Jeffrey Rogers, Dania Beach, pro se.

Randy Goldberg, Delray Beach, Michael Dicondina, Fort Lauderdale, pro se, Peter Colagiovanni, Plantation, pro se, and Oliver Hastings, Davie, pro se.

No appearance for appellees Omega Finishing, LLC and IHC Ventures, LLC.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***